Kareem **MUHAMMAD,** a/k/a Alfonza Adams, **Plaintiff–Appellant,**

v.

Dr. Doris **WILLIAMS;** K.J. Wendt, Warden, F.C.I. Gilmer; J. Bunts, Health Services Administrator; K.M. White; Harrell Watts, **Defendants–Appellees.**

No. 06–6665.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 30, 2006.

Decided: Sept. 20, 2006.

Kareem Muhammad, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kareem Muhammad appeals the district court's order accepting in part and rejecting in part the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau*

*of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Muhammad v. Williams,* No. 1:05–cv–00006–IMK–JS, 2006 WL 839516 (N.D.W.Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*